## Whitehouse v. Pittsburg Railways Company, Appellant (No. 2).

Argued April 17, 1908. Appeal, No. 170, April T., 1908, by defendant, from judgment of C. P. No. 1, Allegheny Co., March T., 1904, No. 482, on verdict for plaintiff in case of Benjamin Whitehouse and Elizabeth Whitehouse v. Pittsburg Railways Company. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Affirmed.

OPINION BY ORLADY, J., July 15, 1908:

This case was heard with one between the same parties to ante, p. 581, and for the reasons therein given, this judgment is affirmed.